# R. D. FLETCHER v. STATE.

No. A-3126.    Opinion Filed November 23, 1918.

(175 Pac. 941.)

**INTOXICATING LIQUORS—Unlawful Transportation—Evidence.**
In a prosecution for unlawfully conveying intoxicating liquors,
the evidence examined, and **held** sufficient to sustain the con-
viction, and that no material error was committed on the trial.

*Appeal from County Court, Grady County;*
*R. E. Davenport, Judge.*

R. D. Fletcher was convicted of a violation of the pro-
hibition law, and he appeals. Affirmed.

*John H. Venable,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

DOYLE, P. J. The plaintiff in error, R. D. Fletcher,
was convicted in the county court of Grady county on an
information charging that he did unlawfully transport
and convey four quarts of whisky from Charley Cloud's res-
idence, 14 miles northeast of Chickasha, in Grady county,
to the city of Chickasha, and in accordance with the ver-
dict of the jury he was sentenced to confinement in the
county jail for 60 days and to pay a fine of $100 and the
costs. From the judgment he appealed, by filing in this
court on August 29, 1917, a petition in error, with case-
made.

The evidence of the state supports the allegations of
the information and is undisputed. The instructions given
by the court were not excepted to. Upon a careful exami-
nation of the record, our conclusion is that the appeal in
this case is wholly destitute of merit.

The judgment appealed from is therefore affirmed.
Mandate forthwith.

ARMSTRONG and MATSON, JJ., concur.